STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:   415.436.7706
Gabriela_Bischof@fd.org

Counsel for Defendant CORPUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-202-SI |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE |
| FRANKLIN MENDOZA CORPUZ, | |
| Defendants. | |

The above-captioned matter is currently set for sentencing and surrender on February 26, 2021. The parties now stipulate and respectfully request that the Court continue the sentencing until March 19, 2021. As was previously disclosed, Mr. Corpuz is 67 years old and suffers from asthma. He received the first dose of his Covid-19 vaccine on January 30, 2021, and is scheduled to receive the second dose on March 1. Accordingly the parties hereby agree and stipulate that his sentencing and surrender should be continued until he is fully vaccinated and his body has had time to build immunity.

//

//

//

Accordingly, the parties respectfully request that Mr. Corpuz's sentencing be continued to March 19, 2021, at 11 am.

SO STIPULATED.

Dated: February 18, 2021

          /s/
MOHIT GOURISARIA
Assistant U.S. Attorney

Dated: February 18, 2021

          /s/
GABRIELA BISCHOF
Attorney for Defendant Corpuz

IT IS SO ORDERED.

Date: 2/19/2021

SUSAN ILLSTON
United States District Judge